**Order entered September 27, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00798-CV

## LACORE ENTERPRISES, LLC, ET AL., Appellants

## V.

## CLAIRE ANGLES, ET AL., Appellees

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-01127-2021

## ORDER

On September 20, 2021, a sealed supplemental clerk's record was filed. The record contains (1) Plaintiffs' First Amended Verified Petition and Application for Temporary Restraining Order and Temporary and Permanent Injunction; (2) Plaintiffs' Emergency Motion for Expedited Discovery; and (3) Agreed Amended Order Granting Joint Motion to Seal Confidential Information. The parties filed a Joint Motion to Seal Confidential Information pursuant to section 134A.006 of the Texas Uniform Trade Secrets Act (TUTSA) in the trial court. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 134A.006. Nothing in the record, however, shows the

parties followed the procedures for obtaining a sealing order set for in Texas Rule of Civil Procedure 76a. *See HouseCanary, Inc. v. Title Source, Inc.*, 622 S.W.3d 254, 260 (Tex. 2021) (trial court can look to TUTSA in deciding when sealing is warranted but must follow procedures set forth in Rule 76a).

In light of these circumstances, we **ORDER** the parties to provide, **within forty days** of the date of this order, written verification that they have filed a motion to seal and the trial court signed a sealing order that met all procedural requirements set forth in Rule 76a.

If the trial court does not sign a sealing order in compliance with Rule 76a within the time prescribed, we will unseal the clerk's record that has been filed under seal.

If the trial court signs a sealing order in compliance with Rule 76a, we **ORDER** Collin County District Clerk Lynne Finley to file, **within forty-five days** of the date of this order, a supplemental clerk's record containing the sealing order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Benjamin Smith, Presiding Judge of the 380th Judicial District Court; Ms. Finley; and, the parties.

/s/ CRAIG SMITH
JUSTICE